UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Case No.: __18-35350__

Daniel Samuels     Chapter: __7__

Josetta N. Samuels     Judge: __ABA__

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Mitchell H. Cohen US Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __04/30/19__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 2105 Rhododendron Court
Mays Landing, NJ
Value $63,500.00

Liens on property: Midland Mortgage
$62,686.00

Amount of equity claimed as exempt: $1,000.00

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee

Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221

Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-35350-ABA
Daniel Samuels                                                         Chapter 7
Josetta N Samuels
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Mar 26, 2019
                              Form ID: pdf905          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
```
db/jdb         +Daniel Samuels,    Josetta N Samuels,    2105 Rhododendron Ct.,    Mays Landing, NJ 08330-2455
cr             +Mariner Finance LLC,    8211 Town Center Dr,    Nottingham, MD 21236-5904
517945787      +Atlantic County District Court,    1201 Bacharach Blvd,    Atlantic City, NJ 08401-4526
517945788      +Atlantic County Superior Court,    1201 Bacharach Blvd,    Special Civil Part,
                Atlantic City, NJ 08401-4510
517945790      +Central Credit Service LLC,    PO Box 390916,    Minneapolis, MN 55439-0911
517945796      +Dept of Ed/Navient,    123 Justison Street,    3rd Floor,   Wilmington, DE 19801-5360
517945797      +First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
517945798      +GreatPlains Finance, LLC,    Cash Advance Now,    PO Box 569,   Hays, MT 59527-0569
517945804      +Mariner Finance,    3650 E Landis Avenue,    Vineland, NJ 08361
518127889      +MidFirst Bank,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
517945806      +Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
517945807       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                Trenton, NJ 08625-0112
517945809      +Rubin & Rothman, LLC,    1787 Veterans Highway,    Attorneys For Plantiff,
                Islandia, NY 11749-1500
517945811     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:  State Of New Jersey,     P.O. Box 245,
                Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
517945813     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor Credit Corp,     5005 N River Blvd Ne,
                Cedar Rapids, IA 52411)
517968157       Toyota Motor Credit Corporation,    Elizabeth L Agolla,    c/o Becket & Lee LLP,    PO Box 3001,
                Malvern, PA 19355-0701
517966755       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
517945814      +WF/Home Projects,    PO Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2019 00:02:28     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2019 00:02:23      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517945786      +E-mail/Text: EBNProcessing@afni.com Mar 27 2019 00:02:38      AFNI,    Po Box 3097,
                Bloomington, IL 61702-3097
517945789      +E-mail/Text: bkr@cardworks.com Mar 27 2019 00:00:50      Carson Smithfield, LLC,    PO Box 9216,
                Old Bethpage, NY 11804-9016
517945791       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2019 00:01:51      Comenity Bank/Avenue,
                PO Box 182789,    Columbus, OH 43218-2789
517945792       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2019 00:01:51      Comenity Bank/LNBRYANT,
                PO Box 182789,    Columbus, OH 43218-2789
517945793      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2019 00:01:51
                ComenityCapital/Gem Account,    PO Box 182120,    Columbus, OH 43218-2120
517945794      +E-mail/Text: kzoepfel@credit-control.com Mar 27 2019 00:02:31      Credit Control, LLC,
                5757 Phantom Dr. Ste 330,    Hazelwood, MO 63042-2429
517945795      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 27 2019 00:04:15      Credit One Bank,
                PO Box 98872,    Las Vegas, NV 89193-8872
517945799      +E-mail/Text: collections@greentrustcash.com Mar 27 2019 00:03:17      Green Trust Cash,
                PO Box 340,    Hays, MT 59527-0340
517945802       E-mail/Text: cio.bncmail@irs.gov Mar 27 2019 00:01:28      Internal Revenue Service,
                P.O. Box 744,    Special Procedure Branch,    Springfield, NJ 07081
517945803      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 27 2019 00:04:49      LVNV Funding LLC,
                PO Box 1269,    Greenville, SC 29602-1269
517945805      +E-mail/Text: bkr@cardworks.com Mar 27 2019 00:00:50      Merrick Bank,
                10705 S. Jordan Gateway, Suite 200,    South Jordan, UT 84095-3977
517945808       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 00:04:09
                Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
517945810       E-mail/Text: appebnmailbox@sprint.com Mar 27 2019 00:02:20      Sprint,    Po Box 105243,
                Atlanta, GA 30348-5243
517945812      +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 00:04:30      Syncb/Synchrony Home,
                PO Box 95036,    Orlando, FL 32896-0001
517948587      +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 00:04:29      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 17
```

```
District/off: 0312-1          User: admin                Page 2 of 2                 Date Rcvd: Mar 26, 2019
                              Form ID: pdf905            Total Noticed: 35

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517945801*       Internal Revenue Service,    Po Box 725 Special Procedures Fuction,   Springfield, NJ 07081
517945800*      +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2019 at the address(es) listed below:
              Brian  Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.axosfs.com
              Brian  Thomas    brian@brianthomaslaw.com,  bthomas@ecf.axosfs.com
              Rebecca Ann Solarz    on behalf of Creditor   MIDFIRST BANK rsolarz@kmllawgroup.com
              Seymour   Wasserstrum    on behalf of Joint Debtor Josetta N Samuels mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour   Wasserstrum    on behalf of Debtor Daniel  Samuels mylawyer7@aol.com,  ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```