| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Daniel Samuels | Social Security number or ITIN  xxx–xx–8974 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Josetta N Samuels | Social Security number or ITIN  xxx–xx–8539 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–35350–ABA | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Daniel Samuels                                    Josetta N Samuels

4/18/19                                           **By the court:**  Andrew B. Altenburg Jr.
                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                          Case No. 18-35350-ABA
Daniel Samuels                                                  Chapter 7
Josetta N Samuels
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                Page 1 of 2         Date Rcvd: Apr 18, 2019
                              Form ID: 318               Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2019.
db/jdb         +Daniel Samuels,    Josetta N Samuels,    2105 Rhododendron Ct.,   Mays Landing, NJ 08330-2455
cr             +Mariner Finance LLC,    8211 Town Center Dr,    Nottingham, MD 21236-5904
517945787      +Atlantic County District Court,    1201 Bacharach Blvd,    Atlantic City, NJ 08401-4526
517945788      +Atlantic County Superior Court,    1201 Bacharach Blvd,    Special Civil Part,
                Atlantic City, NJ 08401-4510
517945790      +Central Credit Service LLC,    PO Box 390916,   Minneapolis, MN 55439-0911
517945796      +Dept of Ed/Navient,    123 Justison Street,    3rd Floor,   Wilmington, DE 19801-5360
517945798      +GreatPlains Finance, LLC,    Cash Advance Now,    PO Box 569,   Hays, MT 59527-0569
517945804      +Mariner Finance,   3650 E Landis Avenue,    Vineland, NJ 08361
518127889      +MidFirst Bank,   Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
517945806      +Midland Mortgage,    PO Box 26648,   Oklahoma City, OK 73126-0648
517945807       Office Of Attorney General,    25 Market Street, PO Box 112,   Richard J Hughes Justice Complex,
                Trenton, NJ 08625-0112
517945809      +Rubin & Rothman, LLC,    1787 Veterans Highway,   Attorneys For Plantiff,
                Islandia, NY 11749-1500
517945811     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,    P.O. Box 245,
                Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
517945814      +WF/Home Projects,    PO Box 14517,   Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QBTHOMAS.COM Apr 19 2019 04:08:00      Brian Thomas,   Brian Thomas, Esq,
                327 Central Avenue,   Suite 103,    Linwood, NJ 08221-2026
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 19 2019 00:40:37      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 19 2019 00:40:33      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517945786      +EDI: AFNIRECOVERY.COM Apr 19 2019 04:08:00      AFNI,   Po Box 3097,
                Bloomington, IL 61702-3097
517945789      +EDI: MERRICKBANK.COM Apr 19 2019 04:08:00      Carson Smithfield, LLC,   PO Box 9216,
                Old Bethpage, NY 11804-9016
517945791       EDI: WFNNB.COM Apr 19 2019 04:08:00      Comenity Bank/Avenue,   PO Box 182789,
                Columbus, OH 43218-2789
517945792       EDI: WFNNB.COM Apr 19 2019 04:08:00      Comenity Bank/LNBRYANT,   PO Box 182789,
                Columbus, OH 43218-2789
517945793      +EDI: WFNNB.COM Apr 19 2019 04:08:00      ComenityCapital/Gem Account,   PO Box 182120,
                Columbus, OH 43218-2120
517945794      +E-mail/Text: kzoepfel@credit-control.com Apr 19 2019 00:40:39      Credit Control, LLC,
                5757 Phantom Dr. Ste 330,   Hazelwood, MO 63042-2429
517945795      +EDI: RCSFNBMARIN.COM Apr 19 2019 04:08:00      Credit One Bank,   PO Box 98872,
                Las Vegas, NV 89193-8872
517945797      +EDI: AMINFOFP.COM Apr 19 2019 04:08:00      First Premier Bank,   3820 N. Louise Avenue,
                Sioux Falls, SD 57107-0145
517945799      +E-mail/Text: collections@greentrustcash.com Apr 19 2019 00:41:22      Green Trust Cash,
                PO Box 340,   Hays, MT 59527-0340
517945802       EDI: IRS.COM Apr 19 2019 04:08:00      Internal Revenue Service,   P.O. Box 744,
                Special Procedure Branch,   Springfield, NJ 07081
517945803      +EDI: RESURGENT.COM Apr 19 2019 04:08:00      LVNV Funding LLC,   PO Box 1269,
                Greenville, SC 29602-1269
517945805      +EDI: MERRICKBANK.COM Apr 19 2019 04:08:00      Merrick Bank,
                10705 S. Jordan Gateway, Suite 200,    South Jordan, UT 84095-3977
517945808       EDI: PRA.COM Apr 19 2019 04:08:00      Portfolio Recovery,   120 Corporate Blvd Ste 1,
                Norfolk, VA 23502
517945810       EDI: NEXTEL.COM Apr 19 2019 04:08:00      Sprint,   Po Box 105243,   Atlanta, GA 30348-5243
517945812      +EDI: RMSC.COM Apr 19 2019 04:08:00      Syncb/Synchrony Home,   PO Box 95036,
                Orlando, FL 32896-0001
517948587      +EDI: RMSC.COM Apr 19 2019 04:08:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
517945813       EDI: TFSR.COM Apr 19 2019 04:08:00      Toyota Motor Credit Corp,   5005 N River Blvd Ne,
                Cedar Rapids, IA 52411
517966755       EDI: BL-TOYOTA.COM Apr 19 2019 04:08:00      Toyota Motor Credit Corporation,
                c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
517968157       EDI: BL-TOYOTA.COM Apr 19 2019 04:08:00      Toyota Motor Credit Corporation,
                Elizabeth L Agolla,   c/o Becket & Lee LLP,    PO Box 3001,   Malvern, PA 19355-0701
                                                                                              TOTAL: 22
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Apr 18, 2019
                              Form ID: 318             Total Noticed: 36
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Brian Thomas,   Brian Thomas, Esq,   327 Central Avenue,   Suite 103,   Linwood, NJ 08221-2026
517945801*      Internal Revenue Service,   Po Box 725 Special Procedures Fuction,   Springfield, NJ 07081
517945800*     +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
              Brian   Thomas     on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.axosfs.com
              Brian   Thomas     brian@brianthomaslaw.com,   bthomas@ecf.axosfs.com
              Denise E. Carlon     on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz     on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Seymour   Wasserstrum     on behalf of Joint Debtor Josetta N Samuels mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour   Wasserstrum     on behalf of Debtor Daniel   Samuels mylawyer7@aol.com,   ecf@seymourlaw.net
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```